[No. 11836.   Department Two. — January 21, 1887.]

J. C. MASSMAN, PETITIONER, v. SUPERIOR COURT
OF THE CITY AND COUNTY OF SAN FRAN-
CISCO, RESPONDENT.

JUSTICE'S COURT — APPEAL — NONSUIT — SUPERIOR COURT MAY GRANT NEW
TRIAL. — Where a nonsuit has been granted on the trial of an appeal
from a Justice's Court, the Superior Court has jurisdiction to grant a new
trial.

APPLICATION for a writ of review to annul an order of
the Superior Court of the city and county of San Fran-
cisco granting a new trial.   The action in which the
order complained of was made originated in a Justice's
Court, and from the judgment there rendered an appeal
was taken to the Superior Court.   On the trial of the
appeal, the plaintiff was nonsuited, and judgment ren-
dered in favor of the petitioner.   The plaintiff moved
for a new trial, which was granted.   On the new trial, a
judgment was rendered against the petitioner.

*Ladd & Finlayson*, for Petitioner.

The COURT. — Application for writ of review.   The
application must be denied.   The Superior Court, in
our opinion, had jurisdiction to grant a new trial in the
case of a nonsuit on the trial of an appeal to it from a ·
Justice's Court.   (Code Civ. Proc., sec. 980.)

Ordered accordingly.